JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE COMPANY, an Arkansas corporation, <br><br> Plaintiff, <br><br> v. <br><br> NORHOLM BUILDERS, INC., a California corporation; SUZANNE HIATT, an individual; BRAD MILLER, an individual; and DOES 1 THROUGH 10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-06743-JWH-PVCx <br><br> Judge: Hon. John W. Holcomb <br><br> **JUDGMENT** |

**THE COURT HEREBY ADJUDGES, DECREES, AND ORDERS:**

ALLIED WORLD SURPLUS LINES INSURANCE COMPANY has no duty to defend or indemnify NORHOLM BUILDERS, INC. in the lawsuit entitled *Brad Miller v. Norholm Builders, Inc., et al.*, in the Superior Court of California, for the County of San Luis Obispo, Case No. 20CV-0209, under commercial general liability insurance policy number 5057-2968, effective September 3, 2018, to September 3, 2019.

All other claims or causes of action shall be dismissed and each party shall bear their own fees and costs.

DATED: MARCH 31, 2021        By: _____
HON. JOHN W. HOLCOMB
U.S. DISTRICT JUDGE